affiliated with the International Brotherhood of Teamsters, Warehousemen & Helpers of America, et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between CHARLES E. WETZLER et al., and EQUI-FLOW, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SARAH LIPOW v. WYTHE SUPER MARKET, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of FRANK P. BERARDI against CITY OF NEW YORK et al.— Motion for reargument denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CURTIS SOLOVE v. 2130 REALTY CORP.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYLVESTER W. A. MURPHY v. MARGARET M. KAPLAN et al.— Defendants-appellants move for reargument or in the alternative for a remand to Bronx County Supreme Court for the purpose of renewing a motion to open a default, or, in the alternative for leave to appeal to the Court of Appeals. The motion is in all respects denied, with $10 costs. The application to remand is not necessary. The movants have the right to move for leave to renew at Special Term without our permission. We, of course, express no opinion concerning the merits of the proposed application. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD GRIFFIN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the District Attorney for New York County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court, on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley, 100 Centre Street, New York, New York is assigned as counsel for appellant for the purposes of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILKEN McCREA.— Motion denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE PHILLIPS.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, on or before January 5, 1960, with notice of argument for the February 1960 Term of this court, said appeal to be argued or submitted when reached. Miss Florence M. Kelley, 100 Centre Street, New York, New York is assigned as counsel for appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ISIDORE ZIMMERMAN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's